IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Clark ,

Plaintiff(s),

v.

Kijakazi,

Defendant(s).

Case No. 21-cv-4006
Judge Robert M. Dow

## ORDER

Plaintiff's application for leave to proceed in forma pauperis [3] is granted. The facts sworn to in the application demonstrate that Plaintiff's income is at or below the poverty level for a household of one, see https://aspe.hhs.gov/poverty-guidelines, and that Plaintiff does not have substantial assets. The Court will not appoint the U.S. Marshal to serve Defendant, because Plaintiff is represented by counsel. See [4] through [7].

Date: 8/2/2021

/s/ Judge Dow