# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Sheila Clark

                        Plaintiff,

v.                                          Case No.: 1:21−cv−04006
                                                   Honorable Jeffrey Cummings

Kilolo Kijakazi

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 28, 2022:

      MINUTE entry before the Honorable Jeffrey Cummings: Plaintiff's unopposed motion for extension of time to file her opening brief [18] is granted. Plaintiff's opening brief shall be filed by 4/4/22. Defendant's response shall be filed by 5/19/22. Plaintiff's reply, if any, shall be filed by 6/2/22. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.