# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Sheila Clark

        Plaintiff,

v.                                Case No.: 1:21–cv–04006
                                                  Honorable Jeffrey Cummings

Kilolo Kijakazi

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 5, 2022:

      MINUTE entry before the Honorable Jeffrey Cummings: Defendant's unopposed motion for extension of time [22] is granted. Defendant to file response brief by 6/20/22. Plaintiff to file reply by 7/8/22. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.