## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Sheila Clark

                Plaintiff,

v.                                           Case No.: 1:21–cv–04006
                                                      Honorable Jeffrey Cummings

Kilolo Kijakazi

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 6, 2022:

      MINUTE entry before the Honorable Jeffrey Cummings: Plaintiff's first motion for extension of time to file reply brief [27] is granted. Plaintiff's reply to be filed by 7/22/22. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.