**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Sheila Clark
                    Plaintiff,

v.                                          Case No.: 1:21–cv–04006

Kilolo Kijakazi
                    Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 12, 2023:

      MINUTE entry before the Honorable Jeffrey Cummings:For the reasons stated in the accompanying Memorandum Opinion and Order, plaintiff's motion for summary remand [21] is granted and the Commissioner's motion for summary judgment [24] is denied. This case is remanded to the Social Security Administration for further proceedings consistent with the accompanying Memorandum Opinion and Order. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.