# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sheila Clark

        Plaintiff,

v.                                     Case No.: 1:21–cv–04006
                                             Honorable Jeffrey Cummings

Kilolo Kijakazi

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 27, 2023:

      MINUTE entry before the Honorable Jeffrey Cummings: Defendant's agreed motion for fees under the EAJA [37] is granted. Plaintiff's previously filed motion [34] is terminated as moot. Enter Order Awarding EAJA Fees. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.